KALIMAN SARKAM

4420 LEXINGTON AVENUE #1

LOS ANGELES, CA 90029

(818) 392 - 9731

Plaintiff in Pro. per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KALIMAN SARKAM | ) | Case No. CV12-9024 |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR:** |
| | ) | |
| VS. | ) | FAIR DEBT COLLECTION |
| | ) | |
| CAPITAL ONE BANK (USA) N.A. | ) | FAIR CREDIT |
| | ) | REPORTING ACT |
| | ) | |
| | ) | ROSENTHAL ACT |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Jury Trial Demanded:** Yes |
| DEFENDANT(S). | ) | |
| | ) | |

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331, 1337

1

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Kaliman Sarkam Plaintiff resided at: 1316 Tamarind Ave. #2 Los Angeles, California 90028. Is a consumer within the meaning of 15 U.S.C. sec. 1692 a (3), 15 U.S.C.§ 1681 a (c).

4. Defendant: Capital One Bank (USA) N.A. is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV. STATEMENT OF FACTS

5. Comes now Aasim Shah who does hereby file this complaint for damages of 15 U.S.C. sec. 1692, et seq. (FDCPA) and the California Rosenthal Act, Civil Code sec. 1788 et seq. 15 U.S.C. sec. 1681 et seq. (FCRA) based upon defendant(s) violations of the Fair Debt Collection Practices Act, Rosenthal Act and Fair Credit Reporting Act.

6. Plaintiff obtained his consumer reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in the report. Plaintiff found after examination of his Experian, Equifax, Transunion consumer credit reports that defendant Capital One Bank (USA) N.A. had obtained Plaintiff consumer credit reports on November 19, 2010 and has continuously reported to date.

7. Experian, Transunion, Equifax, is a credit reporting agency within the meaning FCRA 15 U.S.C. 1681a (f).

8. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. sec. 1681a (d).

9. The FCRA 15 U.S.C. sec. 1681b defines the permissible purposes for

which a person may obtain a consumer credit report.

10. Defendants regularly engaged as furnishers of consumers Transunion, Experian, Equifax credit file, such permissible purposes as defined by 15 U.S.C.§ 1681b are generally if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafide offer of credit as a result of the inquiry.

11. Plaintiff has never had any business dealings or any accounts with made application for credit from, made application for employment with, applied for insurance from or received a bonafide offer of credit from the defendant

12. On November 19, 2010 Defendant Capital One Bank (USA) N.A. obtained the plaintiff consumer credit reports without consent in violation of the FCRA 15 U.S.C. sec. 1681b. Said actions by defendant has damaged plaintiff Transunion, Experian, Equifax record thereby reducing plaintiff credit score, and loss of societal pleasures.

13. On April 5, 2012 Plaintiff sent via United States Postal Service Certified Mail a letter requesting formal debt validation. This was in an effort to mitigate damages in obtaining Plaintiff's credit report before taking civil action in accordance with (FDCPA) 15 U.S.C. sec. 1692g,. Plaintiff notice included defendants violations of the (FCRA)15 U.S.C. sec. 1681b. A

4

14. On October 15, 2012 Plaintiff has received no correspondence to said notices sent to Defendant. The actions of the Defendant obtaining consumer credit report without validation for permissible purposes or contract bearing signature between defendant and plaintiff consent, are clear and willful violations of FCRA, 15 U.S.C.§ 1681b and an illegal practices against Plaintiff's right to privacy.

15. Plaintiff disputed with (3) credit reporting agency's from the month of June thru August. Defendant at no time has communicated with Plaintiff what justification they may have had by obtaining Plaintiff credit profile (51 times) over a (21) month period.

16. On the September 25, 2012 certified mail as discussed, Plaintiff in a good faith effort to allow defendant Capital One Bank, USA N.A. ample opportunity to justify their action, sent second notice upon 10 day response. Defendant has failed to respond to said notice.

17. Plaintiff discovery of violations brought forth herein occurred in JULY 2012 and are within the statute of limitations as defined in the FCRA, 15 U.S.C. sec.1681p FDCPA 15 15 U.S.C. sec. 1692k (d).

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** Capital One Bank (USA) N.A.

18. Plaintiff re-alleges and incorporates paragraphs 5-17. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) Capital One Bank (USA) N.A. are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6).

19. Plaintiff re-alleges and incorporates paragraph 5-17. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: Capital One Bank (USA) N.A.violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

20. Plaintiff re-alleges and incorporates paragraph 5-17. Capital One Bank (USA) N.A. violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** Capital One Bank (USA) N.A.

20. Plaintiff re-alleges and incorporates paragraph 5-17. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). Capital One Bank (USA) N.A. is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

21. Plaintiff re-alleges and incorporates paragraph 5-17. Plaintiff did not Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not Initiate firm offer of insurance with defendant. Plaintiff did not initiate employment with defendant. Defendant was not directed by a court order to pull plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

22. Plaintiff re-alleges and incorporates paragraph 5-17. Based on the foregoing consumer credit report. Defendant willfully violated the FCRA. Defendant violations include, but are not limited to the following: Capital One Bank (USA) N.A. willfully violated 15 U.S.C. sec. 1681b(f) by obtaining plaintiff consumer report without a permissible purpose as defined by 15 U.S.C.

sec. 1681b

### THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: Capital One Bank (USA) N.A.

23. Plaintiff re-alleges and incorporates paragraph 5 -16. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). Capital One Bank (USA) N.A. is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

24. Plaintiff re-alleges and incorporates paragraph 5-17. Capital One Bank (USA) N.A.willful procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested

25. Plaintiff re-alleges and incorporates paragraph 5-17. Capital One Bank (USA) N.A. without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. Actions on the part of defendant demonstrates a willful disregard for federal law and constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since defendant has demonstrated an inability to validate the alleged debt and subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

## V. REQUEST FOR RELIEF

29. That this court grant judgement against defendant for first claim for relief 1.) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

30. That this court grants judgement against defendants for: second claim for relief 1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b $1000.00 3.) court fees and cost 4.) Any relief as court see fit.

31. That this court grants judgment against Defendants for: Third claim for relief 1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o $1,000.00 3.) court fees and cost. 4.) Any relief as court sees fit.

Date: 10,19, 2012

Sign: *[signature]*

Print Name: KALIMAN SARKAM

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date: 10-19-2012

Sign: *[signature]*

Print Name: KALIMAN SARKAM

*Cap. 1*

*COPY*

KALIMAN SARKAM
1316 TAMARIND AVE #2
LOS ANGELES, CA [90028]

CAPITAL ONE BANK USA NA
P.O. BOX 30281
SALT LAKE CITY, UT 84130

AUGUST 25, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently received a copy of my credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing 09/27/2011,10/23/2011,11/28/2011,12/26/2011,1/23/2012,2/28/2012,3/27/2012,4/30/2012, 5/29/2012. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


KALIMAN SARKAM
(without prejudice)

*11*

KALIMAN SARKAM
1316 TAMARIND AVENUE # 2
LOS ANGELES, CA [90028]


CAPITAL ONE BANK USA NA
P.O. BOX 30281
SALT LAKE CITY, UT 84130

September 25, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:


I have previously sent you a request to validate the unauthorized credit pull inquiry on August 25, 2012 under the Fair Debt Collection Practices Act and the unauthorized credit pull 07/2012, 05/29/2012, 04/30/2012, 3/27/2012, 02/28/2012, 01/23/2012, 12/26/2011, 11/28/2011, 10/23/2011, 09/27/2011 . I feel as though I have given your organization ample time to resolve this questionable inquiry. The credit report shows credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have these inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,


KALIMAN SARKAM
(without prejudice)




# Experian
### A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor | Get Credit Score |

## Credit History Detail Viewed Only By You

Experian credit report prepared for
**KALIMAN SARKAM**

Your report number is
**0331-5430-08**

Report date: **October 15, 2012**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

? Where do you get this information?

? What if I feel there is an error?

**CAP ONE**

Address:
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*

Date of Request:
07/11/2012
06/12/2012
05/25/2012
05/19/2012
05/12/2012
04/11/2012
03/07/2012
02/03/2012
01/07/2012
12/21/2011
12/15/2011
12/07/2011
11/17/2011
11/12/2011
11/04/2011
10/27/2011
10/20/2011
10/14/2011
10/05/2011
09/28/2011
09/22/2011
08/26/2011
08/17/2011
08/05/2011
07/23/2011
07/16/2011
07/12/2011
06/25/2011
06/16/2011
06/09/2011
05/27/2011
05/18/2011
05/11/2011
04/29/2011
04/21/2011
04/12/2011
03/26/2011
03/18/2011

Exhibit B

03/09/2011
02/23/2011
02/16/2011
02/04/2011
01/21/2011
01/13/2011
12/21/2010
12/08/2010
11/18/2010
11/09/2010
10/22/2010
10/15/2010
10/07/2010

©Experian 2012. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**CAPITAL ONE BANK USA NA**
PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

Requested On: 06/26/2012, 05/29/2012, 04/30/2012, 03/27/2012, 02/28/2012, 01/23/2012, 12/26/2011, 11/28/2011, 10/23/2011

**PLAIN GREEN**
PO BOX 255
BOX ELDER, MT 59521
Phone number not available

Requested On: 05/15/2012, 03/31/2012

**UNION WORKERS CREDIT SER**
4108 AMON CARTER B
PO BOX 955003
FORT WORTH, TX 76155
(817) 835-0004

Requested On: 03/15/2012

**MERRICK BANK**
10705 S JORDAN GATEWAY
SUITE 200
SOUTH JORDAN, UT 84095
Phone number not available

Requested On: 03/14/2012

*Exhibit 1*
*TR # 1*
*October*



Request Notices

16

Exhibit
Credit disputes



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Kaliman Sarkom
4420 Lexington Avenue #1
Los Angeles CA 90029  (818) 392-9731

**DEFENDANTS**

Capital One Bank (USA) N.A.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Kaliman Sarkom
4420 Lexington Avenue #1
Los Angeles, CA 90029  (818) 392-9731

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** 7,500-

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FDCPA  FCRA  Rosenthal

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: CV12-9024

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Salt Lake City, UTAH |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  10/19/2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |