FILED
MAR -6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
MAR -6 PM 2:11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kaliman Sarkam,<br><br>                                    PLAINTIFF(S)<br>v.<br>Capital One Bank (USA) N.A.,<br><br>                                    DEFENDANT(S). | CASE NUMBER<br>CV 12-09024 UA (DUTYx)<br><br>ORDER RE LEAVE TO FILE ACTION<br>WITHOUT PREPAYMENT OF FILING FEE |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____        _____
Date                                                    United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency        ☐ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous        ☐ Immunity as to _____
☐ Other: _____

Comments: Plaintiff's IFP application is incomplete or inaccurate and fails to establish indigency. The complaint lacks arguable substance in fact or law. See Order to Show Cause dated 11/7/12.

2/22/13                                          /s/ Jeanne H Leguie
Date                                                  United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
        ☐ GRANTED        ☒ DENIED (See comments above).

2/26/13                                          /s/
Date                                                  United States District Judge

---