NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Kaliman Sarkam
4420 Lexington Avenue #1
Los Angeles CA 90029
818 392 9731
Plaintiff in Pro Per

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kaliman Sarkam

Plaintiff(s),

v.

Capital One Bank (USA) N.A.

Defendant(s)

CASE NUMBER:

**CV12-9024**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Kaliman Sarkam___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Kaliman Sarkam | Plaintiff |
| Capital One Bank (USA) N.A. | Defendant |

LODGED
2012 OCT 19 AM 11:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Date: 10/19/2012

Sign: [signature]

Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES